ORIGINAL

FILED

JUN 8 2004

*[clerk stamp and signature]*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| JOHN RAMSEY, PATSY RAMSEY, and BURKE RAMSEY, a minor, by his next friends and natural parents, JOHN RAMSEY and PATSY RAMSEY, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION FILE |
| vs. | ) ) | NO. 1 03 CV-3976 (TWT) |
| FOX NEWS NETWORK, L.L.C., d/b/a Fox News Channel | ) ) ) ) | |
| Defendant. | ) | |

## DECLARATION OF L. LIN WOOD

STATE OF GEORGIA,

COUNTY OF FULTON.

L. LIN WOOD, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury that the following is true and correct:

1.

I am duly admitted to practice law in the State of Georgia. My State Bar number is 774588.

2.

I represent plaintiffs in this matter.

3.

I am competent to make and give this Declaration, and do so

33

from personal knowledge. I submit this Declaration in support of Plaintiffs' Response to Defendant's Motion to Dismiss.

4.

After the broadcast of the television news report at issue in this case but prior to filing suit, I contacted Carol McKinley, the Fox News television reporter and correspondent in the news report, and requested a complete copy of the video tape of the report. In response to my request, Ms. McKinley informed me that defendant was not willing to provide me with a video tape of the news report but would forward to me a written transcript of the report.

5.

The transcript attached as Exhibit "A" to Plaintiff's First Amended Complaint for Defamation is a true and correct copy of the transcript of the news report I received from Ms. McKinley.

_____
L. LIN WOOD

Executed on June 8, 2004
Atlanta, Georgia

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

JOHN BENNETT RAMSEY and )
PATRICIA PAUGH RAMSEY, )
                 )
     Plaintiffs, )    CIVIL ACTION FILE
                 )
vs. )    NO. 1 03 CV-3976 (TWT)
                 )
FOX NEWS NETWORK, L.L.C., )
                 )
     Defendant. )
                 )

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served a copy of the within and foregoing DECLARATION OF L. LIN WOOD upon Defendant's counsel and depositing same in the United States Mail, postage prepaid and addressed to:

> Mr. Judson Graves
> Ms. Jennifer (Jenna) Moore
> Alston & Bird, LLP
> One Atlantic Center
> 1201 W. Peachtree Street
> Atlanta, Georgia 30309-3424
>
> Ms. Dori Ann Hanswirth
> Mr. Jason P. Conti
> Hogan & Hartson, L.L.P.
> 873 Third Avenue
> New York, NY 10022

- 2 -

This 8th day of June, 2004.

**L. LIN WOOD, P.C.**

L. Lin Wood
Ga. State Bar No. 774588

Suite 2140
The Equitable Building
100 Peachtree Street, NW
Atlanta, Georgia 30303
404/522-1713
404/522-1716 Fax

Attorneys for Plaintiffs